UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00227-RSM |
| Plaintiff, | |
| vs. | **ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE** |
| CHRISTIAN HOGLE, | |
| Defendant. | |

Based on the motion of the defendant to continue the trial date and pretrial motions deadline and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, the court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C.§ 3161(h)(7)(B(i).

3. The defense needs additional time to review discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the speedy trial act and currently set for this case. 18 U.S.C.§ 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C.§ 3161(h)(7)(B)(iv).

CHRISTIAN HOGLE
Order Continuing Trial Date

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448

IT IS NOW, THEREFORE, ORDERED that trial shall be continued from May 20, 2019 to November 18, 2019 and pre-trial motions continued from March 19, 2019 to October 3, 2019, and that the period of time from the filing date of the Motion to Continue until the new trial date shall be excludable time under the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(7)(A), 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iv) and 18 U.S.C.§ 3161(h)(6).

DATED this 2nd day of April, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Emily C. Beschen
Emily C. Beschen, WSBA#43813
Attorney for Defendant
103 E. Holly Street, Suite 512
Bellingham, WA 98225
Phone: (360) 734-3448
Email: emily@butlerbeschenlaw.com

CHRISTIAN HOGLE
Order Continuing Trial Date

BUTLER BESCHEN LAW PLLC
103 E. Holly St. #512
Bellingham, WA 98225
(360) 734-3448